UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE L. JACOB,
       Plaintiff,

Case No.  1:15-cv-0268

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,
       Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Date:  April 15, 2016         /s/ Paul L. Maloney
                                                   PAUL L. MALONEY
                                                   UNITED STATES DISTRICT JUDGE